IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

GREGORY PEARSON,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY

    Defendant.

---

### NOTICE OF REMOVAL
---

Defendant Progressive Direct Insurance Company ("Progressive"), pursuant to 28 U.S.C. § 1446, hereby removes the above-referenced action from Las Animas County District Court, State of Colorado, based on the following:

1. The above action was filed in Las Animas County District Court, State of Colorado, and is now pending before that Court. A copy of the Complaint is attached as **Exhibit A**. A copy of the District Court Civil (CV) Case Cover Sheet is attached as **Exhibit B**. A copy of the Summons is attached as **Exhibit C**. A copy of the Affidavit of Service on Progressive is attached as **Exhibit D**. A copy of Progressive's Answer is attached as **Exhibit E**. No other filings have occurred in the state court case.

2. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, as it is a civil action between parties of diverse citizenship, involving an amount alleged to be in controversy exceeding $75,000.00, exclusive of interest and costs.

3. Plaintiff is a citizen of Colorado as at the time of the May 20, 2015 accident he

"resided in the city of Rye, Pueblo County, Colorado" and resided at the address located at 10519 Seymore Lane, Rye, Colorado 81069 as of the filing of his Complaint on August 2, 2019. *See* **Exhibit A**, ¶ ¶ 1-2, p. 3; *see also* **Exhibit F** State of Colorado Traffic Accident Report, p. 1. Progressive Direct Insurance Company is a corporation domiciled in the State of Ohio, with its principal place of business in Ohio.  *See* Progressive's listing with the Colorado Secretary of State business search website, https://www.sos.state.co.us/biz/BusinessEntityDetail.do?quitButtonDestination=BusinessEntityResults&nameTyp=ENT&masterFileId=19991219533&entityId2=19991219533&fileId=20061183139&srchTyp=ENTITY.   The Court may take judicial notice of this information pursuant to Fed. R. Evid. 201(b)(2).   Thus, there is complete diversity between the parties pursuant to 28 U.S.C. § 1332(a)(1).

4. This action involves an amount alleged to be in controversy exceeding $75,000, exclusive of interest and costs.  Plaintiff's allegations in his Complaint support an amount in controversy exceeding $75,000.   Plaintiff's claims arise from a motor vehicle accident with another driver on May 20, 2015, which Plaintiff alleges caused "Plaintiff severe, permanent, and disabling injuries."  **Exhibit A**, ¶¶ 5, 14.

5. Plaintiff further alleges that he is entitled to an award of $100,000 in uninsured/underinsured motorist ("UM/UIM") benefits under a policy issued by Progressive for injuries alleged from the accident.  *See* **Exhibit G** Progressive Policy Declarations Page p.1; *see also* **Exhibit A**, ¶ ¶ 23, 26 ("Sometime prior to the accident, Plaintiff entered into a contract with Defendant Progressive for the purpose of obtaining automobile insurance, which policy includes coverage for claims involving under-insured motorists" and "Plaintiff is entitled to be

compensated by Defendant for all damages he has incurred, including pain, suffering, lost [sic] of enjoyment of life, loss of earnings and earning capacity, permanency and/or impairment, and disability, under the uninsured motorist coverage of the policy.").

6. Additionally, Plaintiff's counsel has confirmed Plaintiff is seeking over $75,000 at this time. *See* **Exhibit H**, p. 1. Given the nature of Plaintiff's alleged injuries; his claim for $100,000 in UIM policy benefits; and confirmation from Plaintiff's counsel he is seeking over $75,000 at this time, the asserted amount in controversy in this action exceeds $75,000.

7. Accordingly, Progressive has demonstrated by a preponderance of the evidence that it is entitled to remove this action pursuant to 28 U.S. C. § 1446(a). *See McPhail v. Deere & Co.*, 529 F.3d 947, 953 (10th Cir. 2008).

Respectfully submitted,

*s/ Lindsay M. Dunn*
Jon F. Sands
Lindsay M. Dunn
Sweetbaum Sands Anderson PC
1125 Seventeenth Street, Suite 2100
Denver, Colorado 80202
Phone: (303) 296-3377
Fax: (303) 296-7343
jsands@sweetbaumsands.com
ldunn@sweetbaumsands.com

ATTORNEYS FOR DEFENDANT
PROGRESSIVE DIRECT INSURANCE
COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system**.**

vecchioe@fdazar.com

*s/ Megan MacLennan*